# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-01-00468-CR

**Brian Allen Lohman, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT NO. 50,614, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING

Appellant's motion to dismiss this appeal is granted.  *See* Tex. R. App. P. 42.2(a).

The appeal is dismissed.

Jan P. Patterson, Justice

Before Justices Kidd, Yeakel and Patterson

Dismissed on Appellant's Motion

Filed:  November 29, 2001

Do Not Publish